UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VICTOR DENNIS | * | CIVIL ACTION |
| VERSUS | * | NO. 10-876 |
| CALM C'S INC., ET AL. | * | SECTION "B"(1) |

### ORDER AND REASONS

Plaintiff's appeal from and objections to the Magistrate Judge's ruling directing production of Plaintiff's written statement <u>after</u> Plaintiff's deposition has merit. (*See* Rec. Doc. Nos. 39, 36). While Federal Rule of Civil Procedure 26 authorizes courts to set the framework for discovery, including time of production, that authority is not limitless. Good cause must be shown under Rule 26(c) to deviate from Federal Rule of Civil Procedure 26(b)(3). *In re Terra Intern., Inc.* 134 F.3d 302, 306 (5th Cir. 1998)

Defendants here only offer stereotyped and conclusory opinions that Plaintiff's deposition testimony will be tailored by pre-deposition disclosure of his written statement that was taken on the day of the accident at issue. (Rec. Doc. No. 40)

Unsupported conjecture does not support the need for delayed production of Plaintiff's statement "for the convenience of the parties and interests of justice." Fed. R. Civ. P. 26(d)(2).

While not present here, good cause for delayed production could include a showing of a prior inconsistent statement <u>or</u> conduct, among other things. Accordingly,

The Magistrate Judge's ruling denying in part, Plaintiff's Motion to Compel production of Plaintiff's statement until after Plaintiff's deposition is **REVERSED**; Defendants shall produce Plaintiff's statement prior to his deposition, but in no event later than **NOVEMBER 11, 2010.**

New Orleans, Louisiana, this 3rd day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE